UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                         :

PEDRO JOSE REYES JR.,                   :      Case No. 1:16-CV-09061

           Plaintiff,              :

      -against-                    :      **DEFENDANT WEIMARK CREDIT**
                                           :      **INFORMATION SERVICES' RULE 7.1**
EXPERIAN INFORMATION SOLUTIONS,  :      **CORPORATE DISCLOSURE**
INC., WEIMARK CREDIT                  :      **STATEMENT**
INFORMATION SERVICES, and        :
MICROBILT CORPORATION,         :

           Defendants.          :

---------------------------------------------------------- X

        Defendant WEIMARK CREDIT INFORMATION SERVICES ("Weimark"), by its

attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that

Weimark does not have a parent corporation and that no publicly held corporation owns 10% or

more of Weimark's stock.

Dated:  New York, New York            Respectfully submitted,
          January 20, 2017               SEYFARTH SHAW LLP,

                                     By:   *s/ Courtney S. Stieber*
                                         Courtney S. Stieber
                                         620 Eighth Avenue, 32nd Fl.
                                         New York, New York  10018
                                         Telephone:  (212) 218-5500
                                         Facsimile:  (212) 218-5526
                                         cstieber@seyfarth.com

                                         Pamela Q. Devata (pro hac vice application
                                         to be filed)
                                         131 South Dearborn Street, Suite 2400
                                         Chicago, Illinois 60603
                                         Telephone: (312) 460-5000
                                         Facsimile: (312) 460-7000
                                         pdevata@seyfarth.com

                                         *Attorneys for Defendant Weimark Credit*
                                         *Information Services*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that she electronically filed the foregoing

WEIMARK CREDIT INFORMATION SERVICES' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

using the Court's CM/ECF method, and that a copy of the foregoing was served on all counsel of

record, via the Court's CM/ECF method on this 20th day of January, 2017

*s/ Courtney S. Stieber*
Courtney S. Stieber

36756554v.1